4 So.2d 926
### Earl Tommie WEBB v. CITY OF ANNISTON.
7 Div. 652.

Court of Appeals of Alabama.
Oct. 7, 1941.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

10 So.2d 59
### Carl (alias Spider) WEBB v. STATE.
7 Div. 664.

Court of Appeals of Alabama.
June 23, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 907
### Fred WELCH v. STATE.
8 Div. 277.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

10 So.2d 59
### William H. WERNETH v. STATE.
I Div. 421.

Court of Appeals of Alabama.
Oct. 6, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

1 So.2d 50
### Hinkle (alias Hink) WEST v. STATE.
8 Div. 125.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 927
### Pete. WEST v. STATE.
8 Div. 165.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.